UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

v.

SEDONA SOFTWARE SOLUTIONS, INC.;

AND

JOHN E. COOPER,

                    Defendants.

Civil Action No. 07-2269

## ~~[PROPOSED]~~ FINAL JUDGMENT AS TO DEFENDANT SEDONA SOFTWARE SOLUTIONS, INC.

The Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant Sedona Software Solutions, Inc. ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with

them who receive actual notice of this Final Judgment by personal service or otherwise, are permanently restrained and enjoined from violating, directly or indirectly, Section 13(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 13a-11 promulgated thereunder [15 U.S.C. § 78m(a); 17 C.F.R. § 240.13a-11] by failing to file, improperly filing, or filing inaccurate information with the Commission in current reports.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: *December 31, 2007*

*[signature]*
UNITED STATES DISTRICT JUDGE